

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2019

No. 04-19-00409-CV

Frederick O. **SILVER**,
Appellant

v.

**TOYOTA MOTOR MANUFACTURING TEXAS, INC., ET AL.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-05365
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

On October 16, 2019, we issued an opinion and judgment affirming the trial court's June 5, 2019 Order on Ability to Pay Costs and ordering appellant to pay the $205 notice of appeal filing fee within 15 days. After we issued our opinion and judgment, appellant filed a "Response to Judgment and Order to Pay $205 Appeal Fee" and a "Response to Affirmed as to June 5, 2019 Order on Ability to Pay Costs." We construe these filings as motions for rehearing of our October 16, 2019 opinion and judgment. *See Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.) (noting that "we liberally construe *pro se* pleadings and briefs").

The panel has considered appellant's motions for rehearing. The motions are DENIED. *See* TEX. R. APP. P. 49.3.

We ORDER appellant to pay the $205 filing fee for this appeal to this court within 15 days of the date of our October 16, 2019 opinion and judgment. We caution appellant that the failure to pay the filing fee will result in the dismissal of his appeal. TEX. R. APP. P. 5, 42.3.

_____
Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk